

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-13-00343-CV

Rick **REILEY** and Gary K. Weddle,
Appellants

v.

Pleas D. "Beau" **ANDERSON**, II and Margaret Anderson,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 13-0074-CV
Honorable W.C. Kirkendall, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
             Karen Angelini, Justice
             Sandee Bryan Marion, Justice

Delivered and Filed:  August 14, 2013

DISMISSED

The parties have filed a joint motion to dismiss this appeal, stating that they have reached a settlement resolving all matters in controversy. The motion requests this court to dismiss the appeal and to "confirm the continued validity of the Trial Court's Judgment." The motion is granted, and the appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(2), 43.2(f). The dismissal of this appeal does not alter or affect the finality of the trial court's judgment. *See Caballero v. Heart of*

*Texas Pizza, L.L.C.*, 70 S.W.3d 180, 180 (Tex. App.—San Antonio 2001, no pet.). Costs of the appeal are taxed against appellants.

PER CURIAM